**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **JAQUEZ DASHAWN CORBITT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20cv138-MHT |
| ) | (WO) |
| **CPL. C. OVERSTREET (862),** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of violations of his rights under the Fourth, Fifth, and Eighth Amendments. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of May, 2020.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**