**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **JAQUEZ DASHAWN CORBITT,** )<br>     )<br>     **Plaintiff,**     )<br>     )<br>     **v.**     )<br>     )<br>**CPL. C. OVERSTREET (862),** )<br>**et al.,**     )<br>     )<br>     **Defendants.**     ) | **CIVIL ACTION NO.**<br>**1:20cv138-MHT**<br>**(WO)** |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order and to prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2020.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**